1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105-2725
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendant,
   AMCO INSURANCE COMPANY
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                          (SACRAMENTO DIVISION)

10

11 H.O.E.M.,                        ) Case No.  2:09-CV-00976 JAM (JFM)
                                    )
12           Plaintiff,              ) **STIPULATION FOR DISMISSAL WITH**
                                    ) **PREJUDICE AND ORDER THEREON**
13     v.                            )
                                    )
14 AMCO INSURANCE COMPANY, DOES 1 to )
   30,                              )
15                                   )
             Defendants.             )
16 _____)

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

442673.1

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between the parties to this action, plaintiff H.O.E.M. and defendant AMCO Insurance Company through their attorneys of record, Oleson Law Corporation on behalf of plaintiff H.O.E.M. and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of defendant AMCO Insurance Company, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED**

OLESON LAW CORPORATION

Dated: May __, 2009        By: _____
                               Raymond C. Oleson
                               Attorneys for Plaintiff
                               H.O.E.M.

Dated: May __, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                           By: _____
                               John T. Burnite
                               Attorneys for Defendant
                               AMCO INSURANCE COMPANY

**ORDER**

Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED

Dated: June 15, 2009       /s/ John A. Mendez_____
                           John A. Mendez
                           UNITED STATES DISTRICT JUDGE

1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON
442673.1

PDF created with pdfFactory trial version www.pdffactory.com